UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA GREENLEAF,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

Case No. C08-5575KLS

ORDER TO SHOW CAUSE

This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

In the application plaintiff filed, she checked the box on page one indicating that in the past twelve months, she had received money from "[a]ny other sources." (Dkt. #1). However, although plaintiff then was required to state the total value of the money she received therefrom, she did not do so. As such, the Court at this time is unable to determine her eligibility for *in forma pauperis* status.

Accordingly, the Court hereby finds and ORDERS as follows:

(1) Plaintiff shall seek to cure this deficiency by filing **no later than October 29, 2008**, a response detailing the amount of money she has received from other sources in the past

ORDER
Page - 1

twelve months, and from whom she has received such funds.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copies of this Order to counsel for plaintiff.

DATED this 29th day of September, 2008.

Karen L. Strombom
United States Magistrate Judge