# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA GREENLEAF,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:08-CV-5575-BHS<br><br><br><br><br>JUDGMENT |

    IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings as set forth in this Court's Order.

    DATED this 6th day of March, 2009.

                                                   BENJAMIN H. SETTLE<br>
                                                   United States District Judge

JUDGMENT - [3:08-CV-5575-BHS]