# United States District Court

WESTERN DISTRICT OF WASHINGTON

SANDRA GREENLEAF

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

CASE NUMBER: C08-5575BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff is awarded attorney's fees in the amount of $8,619.13 pursuant to 42 U.S.C. § 406(b)

 June 2, 2010                                              BRUCE RIFKIN
Date                                                          Clerk

                                                          *s/CM Gonzalez*
                                                          Deputy Clerk